UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 27, 2011
ACO-105

No. 10-3966

UNITED STATES OF AMERICA

v.

EDWN ANDRES PENA, a/k/a Javier Alejandro Sanchez Rinco,
a/k/a David Hauster, a/k/a Renato Moreno

Edwin Andres Pena,
Appellant

(D.N.J. No. 09-cr-00103-001)

Present:  SCIRICA, HARDIMAN and VANASKIE, <u>Circuit Judges</u>

    1. Motion by Appellee to Enforce Appellate Waiver and for Summary Affirmance;

    2. Motion by Michael Chazen, Esq. to Withdraw as Counsel for Appellant.

                              Respectfully,
                              Clerk/mb

See Clerk Order of 4/7/11.
_____ORDER_____
The foregoing Motions are GRANTED.

                              By the Court,

                              <u>/s/ Thomas M. Hardiman</u>
                              Circuit Judge

Dated:      May 17, 2011
MB/cc:     Michael Chazen, Esq.
            Edwin Andres Pena
            Mark E. Coyne, Esq.
            Jennifer H. Chin, Esq.

**Certified as a true copy and issued in lieu of a formal mandate on  6/8/11**

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**